All right, so Appellant counsel is Is it? Mr. Ogle Ogle Poglou All right. All right, if you'd come to the podium now each side has 15 minutes. So And you're the appellant. So if you want to reserve any time for rebuttal it you have 15 minutes total So if you'd state your name for the record, yes, your honor Berkele Poggle for the appellant Proceed please made please the court your honor. This case is about It's a u.s. Constitution We have to follow the separation of powers And in my opinion Department of Homeland Security Cannot make up its own rules and delay cases and then press the removal button just Get rid of the case in this case There was an extreme delay and the denial decision Was so wrong that it required Court not to dismiss this case. That's my basically argument I'm sorry, it's extreme delay. And what's the basis for your argument? And the denial decision was so outrageous and arbitrary the justification for the denial So why all right, what was the basis for the denial? Is it mr. Guzman or mr. Salguero? How did what mr. Guzman respond? Okay. So what was the basis for the denial of his application? your honor The basis was he had convictions between 16 and 23 years ago Well, he had 12 convictions, right? And then he had a pretty recent one, which was an aggravated felony, right? That one your honor makes him ineligible. That's correct. But we are saying that because he was under investigation basically DHS just It's just the phrase ends justifying the means kind of approach so you're saying they're saying they In essence, they dragged their feet. Yes Get this aggravated felony into the record. It's that right because he was under investigation now Into what's crucial you're making a due process Argument, you know your honor. I would really like it if the DHS would say You're under investigation we would like to hear the results of that investigation and We'll continue the case or file it again But what they do is they make a denial decision, which is baseless. That's my argument your honor That's the due process argument What's crucial here your honor in 2008 immigration judge Gave a discretionary relief to my client with those convictions. He granted cancellation of removal so after that he picked up a Standard DUI and they're saying that that makes him ineligible and they're denying it that's on Naturalization. Yes, Ron. Okay, and you had you had two remedies you had a 1421 C remedy You could appeal that determination or you had a 1447 B remedy If they didn't do it in time, you could have gone to the district court Yes, your honor, but my client waited and you waited so didn't you forfeit You forfeit the 1447 B remedy Well, your honor, that's the point. So what what do we have to really do? To avoid this abuse your honor, that's that's my argument so what your client had to do was not pick up the aggravated felony and to File in time on the 1447 B, right? I mean both of those would have if you're saying what would you have to do? Those would be my two suggestions Of course your honor. He's ineligible Of course, you should not have done it But we were kind of trying to exhaust the remedies and then it wasn't Any the exhaustion of remedies wasn't fully reached that's why and They did it in a way that You know, we couldn't do anything we did info passes, you know, that's Back then you could go and ask The status of the case so we had to do that and we were The officer also told us at the interview when we did the n336, which is the review of the denial He said that he sees no problem in the case and he's going to approve it That's why we didn't go to court now. Your client was detained, right? Is your client gone now? Has your client been removed? My client is not detained. He's out on bond, your honor. Okay So if you would concede that With the aggravated felony, he's not eligible for naturalization. Of course, your honor. That would be I wouldn't argue against it all right, so What are you asking this court to do? Your honor your client if we already we he can't get naturalization So that's so what are you asking this court to do? I'm asking that he that the case should not have been dismissed That this case should be remanded not dismissed by her by the federal court the federal court this dismissed the case because the removal proceedings started and My argument is that your honor The DHS simply shouldn't Drag cases this long and just press the removal proceedings button. Then we don't have any Checks and balances in the system. Yeah, but is that even in front of us? I'm sorry, your honor. I mean It's procedurally This is a a little bit of a mess. I mean, I'm not sure that what you're trying to accomplish is even in front of us If you acknowledge that the aggravated felony is going to bar his naturalization Well, your honor My Argument is that he should have already been a citizen. We can't just tell people wait for Wait people to commit crimes see if they're gonna commit the crimes and then see what will happen to them So, what do you want us to do? It's judge Callahan The case should not have been dismissed and I should have done discovery on the case whether you got what? Discovery on the case Even though you weren't timely Your honor. We did info passes and there was an officer Opened with separation of powers. Okay, so yes, that's your opening here Then you have to ask us to do something that's in our wheelhouse because if we separation of powers means we don't color outside the lines in the executive or You know that or in the legislative. I mean we stay in the judicial So it seems to me that you're saying You have to respect the separation of powers and it seems like now you're asking us to color outside the lines to fashion a Remedy for you. I'm sorry if I was misunderstood your honor, but what I'm trying to say What can we do within the lines that you're asking for? I think the DHS Intentionally delayed this case because he was under investigation Let's assume that's correct. Yes Let's assume that you could prove that What's that do with this case Because your honor if he's entitled to naturalization There is no law that says if you're under investigation, but you're asking for a naturalization Which by necessity would have to ignore the aggravated felony You want you want naturalization in 2019 or later And you want to ignore what happened at the time of that natural that aggravated felony I I wouldn't ask for that. I just that the application was not done timely because it wasn't Intentionally done timely and for that the courts must allow us to at least to discovery The case was flatly dismissed based on removal proceedings Initiations, so I think that my client should find out if the Department of Homeland Security Engaged in delay process intentionally because there is no law that says That it would be your best case that if they did that intentionally if they dragged their feet What would be your best case that somehow? That entitles your client to naturalization is there a case out there that says even though he has an aggravated felony Well, that's after your honor. I mean People get naturalized and then they commit crimes that doesn't make them Essentially you want Not pro-tunked back to that's correct that he didn't commit an aggravated felony No, we're not pretending but it was intentionally late. That's my point, Your Honor and Any time for rebuttal see what the government says sure. Okay, then you can respond to that Good morning, Your Honor may police court Aaron Goldsmith a map of government This is a somewhat unusual case in that plaintiffs have essentially admitted and conceded away their case you asked Opposing counsel whether or not his client is currently not eligible for naturalization and his response I believe was of course That is he doesn't dispute that his client The plaintiff doesn't dispute that he's he was convicted of health care fraud that it's an aggravated felony and that it renders him ineligible that should be the end of the matter the decision of the district court should be Affirmed because he's seeking a review of a decision an administrative decision that by his own remission He was not eligible for naturalization as the facts as they exist today and Thus he's not entitled to any relief from this court or any other court as a matter of law There's nothing further for this court to design to decide He may have been talking about Bellaharro versus Schultgen yes, Your Honor easy for me to say but the It seems like the district court may not have properly read that case So what effect does that have on this proceeding well it as a technical matter has no effect because he's he's Conceded that he's not eligible for naturalization. So as a matter of law, he's not entitled to relief under 1421 C So I will I want to give you a substantive response to the whole issue of 1429 But just so that we're clear as this court said in Lee Vickery courts aren't time machines They don't go back and offer an opinion as the facts as they existed at some point in the past. So If by his own admission, he's not eligible. That's it. The case should be affirmed regardless of this 1429 C it would be as if someone's applying for a permit and they admit that they were never they weren't eligible for the Permit the the proper remedy would be to dismiss the action. There's nothing to do with 1429 It's just they're not eligible isn't his argument that he should have gotten naturalization at the time and so if he had gotten naturalization at the time then The then he would have been out when he was eligible for it Then none of the other stuff could have been considered. It's sort of like minority report They wouldn't have been able to say he was going to commit that crime in the future well Even if he was it wouldn't have made him ineligible Well, I mean that that is his argument, but it's not correct And the reason it's not correct is because courts don't offer advisory opinions on some hypothetical Set of facts they look at the facts as they exist and as the facts exist. He is not eligible So backing up is there even jurisdiction I mean that's that's been the lingering question in my mind is Why can't we just get rid of this case? He didn't he didn't file Timely so the district court didn't have jurisdiction am I misreading that? There is there is an argument that the that the court lost or didn't have jurisdiction But but I just want to make clear that the key point was So tell him why that's not right well I mean he's saying you win then and I'm just gonna say yes, I think that would be make sure I'm right I mean, I'm I'm please pressure test this theory, but I mean it seems to me like if we're trying to get from point A to point B He's raised some convoluted Arguments that would at least require us to spend a bit of time parsing through it But why isn't the real answer? There's just no jurisdiction here. Well, I don't think there is But but why are you leaving? So so I mean his whole argument is based on this hypothetical Let's let's look at the facts that they existed before he was convicted before he was convicted He was eligible We don't believe he was an eligible But that that's completely moot issue at this point the whole question of whether or not he was eligible before he was convicted of health Care fraud in our view. The answer was no he was not eligible That's why we denied it. You really want us to get to the merits here doing it. No, no, your honor. No, your honor I I I you know Our view is just the case was properly dismissed and whether We don't we don't have a preference in terms of whether it's a dismissal for lack of jurisdiction or Okay, okay not for the attorney's arguments So that's what Judge Nelson is asking you if the court didn't if the court did not have Jurisdiction to hear the case then that's the end of it. That's the end of it should be discussed, correct, but I Think when we make a more compelling argument than you do we always Scale back and think like well, what are we missing? And that's what we're trying to figure out Why do you think there might be jurisdiction because it seemed like you were coming out guns-hot on that well, your honor I To the extent I I I my focus was on the wrong thing. I apologized to the court It was just that that was something that was just brought up an oral argument. And that's what was Was on my mind But the fact of the matter is this case for a whole host of reasons should be dismissed. There's nothing there's not there There's no issue for the pros to decide here And and you keep going to go past the jurisdictional issue. Why do you have to add the whole host of issues? I Don't your honor in that case what the court my colleagues are trying to get you to focus on that jurisdictional question Maybe I'll ask the question a different way Is there any way that you can see that they could? Properly argue that the district court had jurisdiction of the 1447 B claim No, there's there is no 1447 B claim and just to be clear He never if you look at the complaint, he never raised anything about 1447 B. I let me just Point to respectfully should be end of case. That's the end of the case. Yes. All right, so there is no 1447 B Alright, let me get you into some conjecture that since you have some time left. Okay, it just seems to me that If if they're raising anything here That has any meat to it. It's that perhaps there was a due process violation by By the government waiting and not acting Can you see an argument like that that could Bring this 1447 bring some life back or jurisdiction back to the 1447 B claim Respectfully, no, your honor because there's no due process argument there is no due process argument one and there's no due process the Basis for saying you have to have your application for naturalization deciding a certain number of days What there is as you alluded to earlier is there's a legislative remedy Congress has said if it's more than 120 days From the interview you you have you may and that's the word Congress used you may file an action under 1447 B Sure, they didn't that's the end of the matter and just just to be clear what the come Okay, just so that I understand this here Basically, you're saying if if that say 1447 B did not exist and the government could drag You know their feet or you know forever and then people you know it so then people could never get What they would be entitled to under the law, but what you're saying is 1447 B Is that if they take more than 120 days? then you have a way to push the matter forward and they chose not to that's correct, that's correct, although I just Appellant is arguing that the government is acting very unfairly and dragging things on so just hoping that he'll stub his toe again, or he'll be convicted of the aggravated felony and You know, if you look at his record, I mean, he already had what 11 convictions so the likelihood that he would get another one if you wait long enough was Pretty good, but but that's not but we don't want the government sitting on applications Just to hope that someone stubbed their toe Right and Congress has already provided a remedy for that which is you just alluded to 1447 B Even in the absence of that there arguably there might be some other remedy like if they had an act of 1447 B Perhaps he could have brought an APA claim for undue delay. I don't know that's that's kind of hypothetical at this point But what is not hypothetical is based on the facts of this case There there simply is no relief that he can be granted by this or any other court And and that's why it was the matter was properly dismissed There's nothing further to decide you get the nail in the head when you when you talked about 1447 B That was a potential option and that was something he did not avail himself of That's all I have your honor, thank you So, why don't you why don't you come back with it, you know if that 1447 B is the arrow in your quiver to keep the government from dragging its feet and you chose not to exercise it. So How can you now claim that the government was dragging its feet I have the highest respect for the US Attorney's Office They're always professional. My problem is not the US Attorney's Office your honor there. They have the highest standard but in this case the 1447 B wasn't filed because it's in my complaint. The officers said that he would approve the petition That's why we were waiting for the approval. I filed for what reason I couldn't hear you that he would approve the petition The immigration officer said he sees no problem in approving the petition that he would approve it so we have a very calculated pattern of Basically not giving this person Naturalization and I think I should be entitled to you I should be entitled to prove that your honor in court. My case should not have been dismissed Matter what he said, I mean you can't you there's no a stop-off based on a government employee's statement. I mean I understand your written statement saying that well, yeah, we're gonna approve it I mean if he doesn't approve it, he doesn't approve it. I mean, it's not done. It's just that we weren't We're alleging that this was a calculated thing and then he was the victim of it and the court Your honor may think that this is a very simple case, but it's not because it involves Calculated decisions made by the government and I so submit your honor. I think all of you understand I Trust your decision That's it. Thank you
judges: Fisher, Callahan, Nelson